UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 6, 2015

_____

SECOND DOCKET CORRECTION NOTICE
_____

No. 14-4909,   <u>US v. James Coulter</u>
              3:13-cr-00258-RJC-9

TO:   Haakon Thorsen

TRANSCRIPT ORDER DUE:  January 9, 2015

Please make the corrections identified below.

[X] Please identify the correct court reporters and file corrected transcript order forms with any required corrected CJA 24 form attached to the transcript order forms.

-The court reporter for the **plea hearing** held on **10/21/13** is **FTR**. Please file a corrected transcript order form that identifies **FTR** as the court reporter for the plea hearing held on 10/21/13. Please file a corrected CJA 24 form that corresponds to the corrected transcript order form.

- The court reporter for the **sentencing hearing** held on **10/30/14** is **Laura Andersen**. Please file a corrected transcript order form that identifies **Laura Andersen** as the court reporter for the sentencing hearing held on 10/30/14. Please also file a corrected CJA 24 form that corresponds to the corrected transcript order form.

Ashley B. Webb, Deputy Clerk
804-916-2704